UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

-------------------------------------------------------

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

    Reinaldo Pastrana

                  Defendant.

Case No.: 93 MJ 00909 (MRG)

**ORDER OF DISMISSAL**

-------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 13 day of November, 2020
Poughkeepsie, New York